IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00316-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

STEPHANIE EMILY SITKEWICH,

        Defendant.

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

        On January 8, 2010, the probation officer received a Pro Se motion from the defendant to consider early termination of her supervised release. The Probation Office does not have any objections to this request as the defendant has been compliant with her conditions of supervised release. The Probation Office has discussed this matter with the United States and they have no objection to the proposed relief. Accordingly,
it is

        ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

        DATED this 14th day of January, 2010.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge